# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TERRY CHRISTIANSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST BRANCH COMMUNITY SCHOOL DISTRICT; BOARD OF DIRECTORS OF WEST BRANCH COMMUNITY SCHOOL DISTRICT; CRAIG ARTIST, INDIVIDUALLY AND AS SUPERINTENDENT OF WEST BRANCH COMMUNITY SCHOOL DISTRICT; SARA OSWALD, INDIVIDUALLY AND AS MIDDLE SCHOOL PRINCIPAL OF WEST BRANCH COMMUNITY SCHOOL DISTRICT; KATHY KNOOP, INDIVIDUALLY AND AS A MEMBER OF THE BOARD OF WEST BRANCH COMMUNITY SCHOOL DISTRICT; CHRISTOPHER KOBER; TERESA KOBER; and HENRY MAXWELL KOBER,<br><br>    Defendants. | No. 10-CV-131-LRR<br><br>**ORDER** |

_____

    The matter before the court is the parties' "Joint Stipulation Regarding Redaction Requirements" ("Stipulation") (docket no. 16). The parties failed to comply with Federal Rule of Civil Procedure 5.2(a)(3) and Local Rule 10(h)(3) by filing documents that include the full name of a minor child, Henry Maxwell Kober. On January 24, 2011, the court directed the parties to file redacted documents. On January 31, 2011, the parties filed the Stipulation, indicating that the parties "stipulate to the disclosure of the full name of minor

party, Henry Maxwell Kober, in all past and future filings with the [c]ourt in lieu of the redaction requirement[.]" Stipulation at 1. The parties further stipulate "to waive the protection of Rule 5.2(a) as to the use of Henry Maxwell Kober's full name by filing documents not under seal[.]" *Id.*

Both Federal Rule of Civil Procedure 5.2(a) and Local Rule 10(h) provide that, unless a court orders otherwise, the parties should redact certain personal data identifiers, including the full name of a minor child. However, Federal Rule of Civil Procedure 5.2(h) provides that a person may waive the redaction requirement as to the person's own information. Thus, pursuant to the Stipulation, the court concludes that the parties, including Defendant Henry Maxwell Kober and his parents, Defendants Christopher and Teresa Kober, have waived the redaction and sealing requirements. The documents shall no longer be filed under seal by the court's direction.

**IT IS SO ORDERED.**

**DATED** this 1st day of February, 2011.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA